IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Samuel L. Buoscio,

    Plaintiff,

v.

Jackson National Life
Insurance Company, Inc.,

    Defendant.

Case No. 2:09cv1133

Judge Michael H. Watson

## ORDER

A Report and Recommendation was filed on April 21, 2010, recommending that plaintiff's motion for summary judgment (#5) be denied. No objections to the Report and Recommendation have been filed. Therefore, the Court ADOPTS the Report and Recommendation and DENIES plaintiff's motion for summary judgment.

IT IS SO ORDERED.

_____
Michael H. Watson, Judge
United States District Court